UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS JOHN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE, *et al*,<br><br>    Defendants. | Case No. C07-5216RBL-KLS<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>EXTENSION OF TIME |

   This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a motion for extension of time to respond to order to show cause. (Dkt. #9). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

   On May 10, 2007, the Court issued ordered plaintiff to cure certain deficiencies in his complaint or show cause by June 10, 2007, why this matter should not be dismissed. (Dkt. #5). On May 24, 2007, plaintiff filed his present motion, giving the following reasons for seeking an extension of the deadline for responding to that order to July 10, 2007: (1) he was transferred three times in three weeks; (2) he has not yet received conformed copies of his "initial filing"; and (3) for these reasons, he is unable to reference any documents in order to effectively respond to the Court's order.

   The Court finds it appropriate to grant plaintiff the additional time he requests, until **July 10, 2007**,

ORDER
Page - 1

1  to respond to the order to show cause.  Accordingly, plaintiff's motion for extension of time to respond to
2  order to show cause (Dkt. #9), hereby is GRANTED.  In addition, while it is not exactly clear to which
3  document plaintiff refers as his "initial filing," the Court presumes this to be his proposed complaint (Dkt.
4  #1).  The Clerk thus shall send plaintiff a copy of that complaint, along with a copy of this Order.

DATED this 15th day of June, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2