UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS JOHN WILLIAMS,

        Plaintiff,

   v.

DOUG WADDINGTON *et al.*,

        Defendants.

Case No. C07-5285FDB

ORDER CONSOLIDATING CASES AND CLOSING FILE

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  This action was commenced on June 7, 2007, when the clerks office received a complaint from Mr. Williams.  There was nothing in the complaint to indicate the filing was intended for another case and Mr. Williams did not place a case number on his filing.

    Mr. Williams had been ordered to show cause in cause number CV 7-5216RBL/KLS.  His June 7, 2007, filing was in response to the show cause order.  On June 15, 2007, the court received a letter from Mr. Williams explaining that the June 7, 2007, filing was intended for his other case.  Mr. Williams has also filed a motion to consolidate this action with his other case (Dkt. # 5).

    The court now orders this case consolidated with CV 7-5216RBL/KLS.  This file should be administratively closed and no filing fee should be collected for cause number CV 7-5285FDB.

    The Clerk is directed to send plaintiff a copy of this order to plaintiff.

    DATED this 23 day of July, 2007.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER