# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARLOS JOHN WILLIAMS                      JUDGMENT IN A CIVIL CASE

      v.

WASHINGTON STATE, et al.                  CASE NUMBER: C07-5216BHS

          **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. That the Court **ADOPTS** the Report and Recommendation (Dkt. #32).

2. Defendants' Motion to Dismiss (Dkt. #27) is **GRANTED** and Plaintiff's claims are **DISMISSED without prejudice** for failure to exhaust.


May 15, 2008                                                  BRUCE RIFKIN
                                                                                            Clerk

                                                                                         s/ D. Forbes
                                                                                       By, Deputy Clerk